# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** CHARLES TURPIN, et al.

v.

DISTRICT OF COLULMBIA, et al.

**Case No:** 24-7064

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◉ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

CHARLES TURPIN

REGINA JACKSON

### Counsel Information

Lead Counsel: John F. Pressley, Jr.

Direct Phone: (202) 486-4254 Fax: (___) ________ Email: jfpressley@verizon.net

2nd Counsel:

Direct Phone: (___) ________ Fax: (___) ________ Email:

3rd Counsel:

Direct Phone: (___) ________ Fax: (___) ________ Email:

Firm Name: Law Office of John F. Pressley, Jr.

Firm Address: 11005 John Paul Jones Avenue

Firm Phone: (202) 723-8800 Fax: (___) ________ Email: jfpressley@verizon.net

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.